# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

12 SEP -7 PM 2:08

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ULISES MENDOZA (1),<br><br>　　　　　　　　　　Defendant. | CASE NO. 12CR2433-DMS<br><br>BY: MO　　　　DEPUT<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

　　　21 USC 841(a)(1) and 18 USC 2

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:　September 7, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE